IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

SEP 28 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>I N D I C T M E N T</u> |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: **5 : 22 CR 570** |
| v. | ) | |
| | ) | Title 18, United States Code, |
| KATELYN ARCHER, | ) | Sections 922(a)(6) and 2 |
| EVAN AINSLIE, | ) | |
| | ) | **JUDGE CALABRESE** |
| Defendants. | ) | |

<u>COUNT 1</u>
(False Statement during Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 2)

The Grand Jury charges:

On or about June 29, 2022, in the Northern District of Ohio, Eastern Division,

Defendants KATELYN ARCHER, aided and abetted by EVAN AINSLIE, in connection with

the acquisition of a firearm, to wit: a Glock, 43X, 9mm caliber pistol, bearing serial number

BXLP454, from Fin Feather and Fur, located in Canton, Ohio, a federally licensed dealer of

firearms, did knowingly and unlawfully make and cause to be made false and fictitious

statements, intended and likely to deceive said dealer with respect to facts material to the

lawfulness of the sale and acquisition of said firearm under the provisions of Chapter 44, Title 18

of the United States Code, in that ARCHER did knowingly state and represent on Federal

Firearms Transaction Records, that is, ATF Form 4473, that she was the actual buyer of said

firearm, when in fact, she was not the actual buyer of the firearm, in violation of Title 18, United

States Code, Sections 922(a)(6) and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.